UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP G. BAZZO,<br><br>                      Plaintiff,<br><br>v.<br><br>ATTORNEY GRIEVANCE<br>COMMISSION et al.,<br>                      Defendants. | Case No. 23-10403<br>Honorable Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18)
AND GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 8)**

On February 15, 2023, Plaintiff Phillip G. Bazzo (Bazzo), a former attorney disbarred by the State Bar of Michigan, proceeding *pro se*, filed this lawsuit against the Attorney Grievance Commission (AGC), Michigan Grievance Administrator Michael V. Goetz (Goetz), and AGC attorney Sarah C. Lindsey (Lindsey) for their acts and omissions during the disciplinary process that led to his disbarment, and violations of his Fourth and Fourteenth Amendment Rights under 42 U.S.C. § 1983. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial proceedings pursuant to 28 U.S.C. § 363(b)(1)(A) and a report and

recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). ECF No. 5.

On January 2, 2024, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 18. The R&R recommends that the Court grant defendants' motion and dismiss the case because Bazzo's claims are barred by res judicata, the *Rooker-Feldman* doctrine, and the defendants' absolute immunity afforded to them by the Eleventh Amendment. *Id*. Neither party filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss (ECF No. 8) is **GRANTED.**

Dated: January 26, 2024

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge